# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. MELAYNA LOKOSKY, | ) ) ) ) | |
| Plaintiff-Relator | ) ) | Civ. A. No. 1:11-cv-11217-DLC |
| v. | ) ) ) | **ORAL ARGUMENT REQUESTED** |
| ACCLARENT, INC., | ) ) | |
| Defendant. | ) ) ) | |

## NON-PARTIES WILLIAM FACTEAU AND PATRICK FABIAN'S JOINT MOTION TO QUASH

Non-parties William Facteau and Patrick Fabian respectfully move to quash the subpoenas issued by Plaintiff Melayna Lokosky.

## REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(d)

Mr. Facteau and Mr. Fabian believe that oral argument may assist the court and wish to be heard.

Respectfully submitted,

FOR NON-PARTY WILLIAM FACTEAU:

By: */s/ William T. Hassler*
MICHAEL J. PINEAULT (BBO No. 555314)
Clements & Pineault, LLP
24 Federal Street
Boston, MA 02110
Tel. (857) 445-0135
mpineault@clementspineault.com

Respectfully submitted,

FOR NON-PARTY PATRICK FABIAN:

By: */s/ Frank A. Libby, Jr.*
FRANK A. LIBBY, JR. (BBO No. 299110)
KRISTEN A. KEARNEY (BBO No. 669940)
LibbyHoopes, P.C.
399 Boylston Street Suite 200
Boston, MA 02116
Tel. (617) 338-9300

| | |
|---|---|
| WILLIAM T. HASSLER<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Tel. (202) 429-3000<br>whassler@steptoe.com<br>(*pro hac vice* application submitted) | falibby@libbyhoopes.com<br>kkearney@libbyhoopes.com<br><br><br><br><br>Dated: August 6, 2018 |

### LOCAL RULE 7.1(a) CERTIFICATE OF CONSULTATION

I hereby certify that counsel for non-parties William Facteau and Patrick Fabian conferred with counsel for the plaintiff and defendant in a good-faith effort to resolve or narrow the issues raised by this Motion to Quash, pursuant to Local Rule 7.1(a).

*/s/ William T. Hassler*
William T. Hassler

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and will be emailed to counsel for non-party Patrick Fabian on August 6, 2018.

*/s/ William T. Hassler*
William T. Hassler