**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MELAYNA LOKOSKY,  )<br>        Plaintiff        )<br>                              )<br>v.                          )<br>                              )<br>ACCLARENT, INC.,   )<br>        Defendant.     )<br>                              ) | Case No. 11-cv-11217-DLC |

**DECLARATION OF WILLIAM T. HASSLER IN SUPPORT OF**
**NON-PARTIES WILLIAM FACTEAU AND PATRICK FABIAN'S**
**<u>JOINT MOTION TO QUASH</u>**

I, William T. Hassler, being of full age, hereby certify as follows:

1. I am an attorney-at-law in the District of Columbia, and am counsel for non-party William Facteau. I make this Declaration in support of Non-parties William Facteau and Patrick Fabian's Joint Motion to Quash.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Ilyas Rona to Noreen Russo, Frank Libby, Kristen Kearney, Dan Johnson, Ethan Posner, Mona Patel, Nicholas Silverman, William Hassler, and Michael Maya, dated July 19, 2018 at 1:20 p.m.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action served upon non-party William Facteau through counsel.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action served upon non-party Patrick Fabian through counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| Dated August 6, 2018. | By: | */s/ William T. Hassler* |
| | | William T. Hassler |

### **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of this document will be served by ECF on counsel for the parties and by email on counsel for Patrick Fabian on August 6, 2018.

                                                                             */s/ William T. Hassler*
                                                                             William T. Hassler