# Exhibit A

| | |
|---|---|
| **From:** | Maya, Michael |
| **To:** | Ilyas J. Rona, Esq. |
| **Cc:** | Delaney Esq. Delaney Esq.; Johnson, Dan; Posner, Ethan; Patel, Mona |
| **Subject:** | RE: Lokosky |
| **Date:** | Wednesday, April 12, 2017 5:31:32 PM |
| **Attachments:** | image001.png |
| | image002.png |

Ilyas,

We are in the process of determining whether we can accept service of subpoenas on the individuals identified in your email. We will get back to you as soon as possible, but likely not before the arbitrary deadline of 12:00 pm tomorrow that is set forth in your email, as the process will take additional time to complete.

To avoid any confusion, please note that our willingness to consider whether we can accept service of these subpoenas is not, and should not be construed as, a concession that it would be appropriate to proceed with these depositions at the current stage of the litigation, while defendants' motion to dismiss remains pending. We therefore reserve the right to move at an appropriate time for a protective order, to quash or limit the subpoenas, or for other appropriate relief.

Regards,
Mike


### Michael M. Maya

**Covington & Burling LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5547 | mmaya@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

> **From:** Ilyas J. Rona, Esq. [mailto:ilyas@delaneykester.com]
> **Sent:** Monday, April 10, 2017 3:07 PM
> **To:** Maya, Michael
> **Cc:** Delaney Esq. Delaney Esq.
> **Subject:** Lokosky
>
> Mike,
>
> In the retaliation case, we will be noticing depositions for the following former employees of Acclarent:
>
> Deb Cogan
> Chuck Cornish

Jen Ditlow
Kent Kato
Matt Salkeld

Could you let us know by noon on Thursday whether your firm will be representing them and is authorized to accept service of a subpoena on their behalf? If we don't hear back from you in the affirmative by that time, we will begin serving our subpoenas.

Regards,

Ilyas J. Rona | **DelaneyKesterLLP**
50 Congress Street, Suite 600
Boston, MA 02109
Direct line: (617) 671-9510
ilyas@delaneykester.com



www.delaneykester.com