# Exhibit B

| | |
|---|---|
| **From:** | Maya, Michael |
| **To:** | Ilyas J. Rona, Esq. |
| **Cc:** | Rory Delaney; Johnson, Dan; Hassler, William |
| **Subject:** | RE: Lokosky |
| **Date:** | Friday, May 12, 2017 11:02:10 AM |

Ilyas,

Thanks for your email.  Bill and I have spoken, and he has no objection to pushing off Facteau's deposition.  Just so there is no confusion, however, please note that both Defendants and Facteau reserve the right to object to his deposition on grounds other than timing.  In other words, we do not concede that Facteau's deposition, at any time, necessarily would be appropriate in this case, but we do not see any need to resolve that issue now.

Regards,
Mike


Michael M. Maya
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5547 | mmaya@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

-----Original Message-----
From: Ilyas J. Rona, Esq. [mailto:ilyas@delaneykester.com]
Sent: Thursday, May 11, 2017 11:32 PM
To: Maya, Michael
Cc: Rory Delaney
Subject: Lokosky

Mike,

In light of your statement that you expect your side to produce some more documents and update interrogatory answers, we don't object to holding off on taking depositions at this point.

However, have you conferred with Facteau's lawyer? We aren't sure whether he will agree to this proposal, and thus any agreement by us to push off Facteau's deposition is subject to reaching such an agreement with him.

I am available late morning to discuss if you have questions.

Ilyas J. Rona