# Exhibit C

| | |
|---|---|
| **From:** | Ilyas J Rona |
| **To:** | Maya, Michael |
| **Cc:** | Johnson, Dan; Royston H Delaney |
| **Subject:** | Re: Lokosky |
| **Date:** | Monday, March 26, 2018 7:16:10 PM |
| **Attachments:** | image001.png |

Mike,

I have received Ms. Lokosky's 2016 tax return and will be getting several prior years overnighted to me tomorrow. I should be able to turn those around quickly. Older records prepared by H&R Block may not be available, although I have a summary document for 2008 and 2009 that I inadvertently omitted from the production which I will include as well.  I therefore ask that I get a until Wednesday 10 am to send you the tax returns.

On the job search documents, I believe we have produced the responsive documents at MLokosky000102-133. If you are looking for something else, please let me know.

As for our depositions, we intend to depose: Bill Facteau, Pat Fabian, Chuck Cornish, Matt Salkeld, and Yon Richner. I believe the first four were previously noticed. We will need to decide on dates for new notices. I don't recall if you had previously said you would accept service for Mr. Salkeld in the event we need to serve him with a subpoena.

In terms of scheduling, I believe three are in California, one is in Arizona, and one is Minnesota. We may be able to combine those into one or two trips. I will get you some target dates.

Regards,

Ilyas J. Rona

---

**From:** Maya, Michael <mmaya@cov.com>
**Sent:** Monday, March 26, 2018 5:07 PM
**To:** Ilyas J Rona
**Cc:** Johnson, Dan
**Subject:** Lokosky

Ilyas,

Please see the attached.  The password for the hard drive is R6j@Q91!bPgh.

Regards,
Mike

**Michael M. Maya**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5547 | mmaya@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.