# Exhibit E

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4   - - - - - - - - - - - - - - - -x
 5   UNITED STATES OF AMERICA ex     :
 6   rel. MELAYNA LOKOSKY,           :
 7         Plaintiff-Relator,        :  Civil Action No.
 8       v.                          :  11-CA-11217-WGY
 9   ACCLARENT, INC., ETHICON,       :
10   INC., and JOHNSON &             :
11   JOHNSON,                        :
12         Defendants.               :
13   - - - - - - - - - - - - - - - -x
14
15      Videotaped Deposition of MELAYNA LOKOSKY
16                Boston, Massachusetts
17                Thursday, April 5, 2018
18                      10:04 a.m.
19
20
21
22   Job No.: 182937
23   Pages: 1 - 309
24   Reported By:  Michelle Keegan, RMR
```

| | | |
|---|---|---|
| 1 | I'm trying to think. | 15:45:55 |
| 2 | Q  Did those conversations for the FBI touch | 15:45:56 |
| 3 | on your termination? | 15:46:00 |
| 4 | MR. RONA:  Objection. | 15:46:02 |
| 5 | A  Yes. | 15:46:03 |
| 6 | Q  Okay.  With all of the people that you've | 15:46:03 |
| 7 | mentioned? | 15:46:06 |
| 8 | A  Yes. | 15:46:06 |
| 9 | Q  Have you spoken to any of the people that | 15:46:07 |
| 10 | you've mentioned since 2013? | 15:46:12 |
| 11 | A  Yes. | 15:46:15 |
| 12 | Q  Well, let me ask that differently. | 15:46:15 |
| 13 | You attended the criminal trial of Bill | 15:46:18 |
| 14 | Facteau and Pat Fabian.  Right? | 15:46:22 |
| 15 | A  I did. | 15:46:23 |
| 16 | Q  That took place in 2016? | 15:46:23 |
| 17 | A  Correct. | 15:46:24 |
| 18 | Q  During the trial, did you communicate with | 15:46:25 |
| 19 | any former Acclarent employees? | 15:46:30 |
| 20 | A  I was forbidden. | 15:46:33 |
| 21 | Q  And you did not? | 15:46:34 |
| 22 | A  I did not, with the exception of Nick | 15:46:35 |
| 23 | Freeman, the very first day.  And then I was | 15:46:38 |
| 24 | forbidden. | 15:46:40 |

| | | |
|---|---|---|
| 1 | that reason is. | 15:52:00 |
| 2 |     MR. RONA:  Okay.  First of all, you've | 15:52:01 |
| 3 | known about this for almost two years.  We've | 15:52:03 |
| 4 | already covered this.  I'm not going to go back | 15:52:06 |
| 5 | and retrample the same ground. | 15:52:08 |
| 6 |     You know our position.  You're welcome to | 15:52:14 |
| 7 | challenge it, and we'll oppose it.  That's fine. | 15:52:16 |
| 8 | But I'm not going to let her reveal any | 15:52:19 |
| 9 | communications, advice, instructions that we gave | 15:52:21 |
| 10 | her.  And you wouldn't do any different for your | 15:52:23 |
| 11 | client. | 15:52:28 |
| 12 | BY MR. MAYA: | 15:52:31 |
| 13 |    Q  Did you begin taking the notes at the | 15:52:31 |
| 14 | beginning of the trial? | 15:52:33 |
| 15 |    A  Yes. | 15:52:34 |
| 16 |    Q  The first day of the trial? | 15:52:34 |
| 17 |    A  I wasn't -- was it voir dire?  I wasn't | 15:52:36 |
| 18 | there for that.  That's the first day of the | 15:52:44 |
| 19 | trial.  Correct?  Or no? | 15:52:45 |
| 20 |    Q  Were there any days on which you attended | 15:52:47 |
| 21 | trial when you did not take notes? | 15:52:49 |
| 22 |    A  I don't recall. | 15:52:51 |
| 23 |    Q  How many days did you attend -- well, let | 15:52:53 |
| 24 | me ask this:  How many days did you not attend the | 15:53:01 |

| | |
|---|---|
| 1  trial? | 15:53:04 |
| 2      A   Two. | 15:53:04 |
| 3      Q   What days were those? | 15:53:04 |
| 4      A   One was I was sick.  I don't remember the | 15:53:05 |
| 5  date.  And the other was doing a deposition, I | 15:53:10 |
| 6  believe, with you in Washington, D.C.  Oh, no, it | 15:53:13 |
| 7  wasn't.  It was going to D.C., though.  It was | 15:53:17 |
| 8  attorney . . . | 15:53:26 |
| 9      Q   Did you have expenses for your attendance | 15:53:26 |
| 10 at the trial? | 15:53:35 |
| 11     A   I did. | 15:53:35 |
| 12     Q   How much were those expenses? | 15:53:36 |
| 13     A   I don't know. | 15:53:37 |
| 14     Q   What were the expenses for? | 15:53:37 |
| 15     A   Hotel, food. | 15:53:39 |
| 16     Q   Where did you stay? | 15:53:40 |
| 17     A   The Liberty Hotel. | 15:53:40 |
| 18     Q   And where is that? | 15:53:42 |
| 19     A   In Boston. | 15:53:44 |
| 20     Q   Is it known as the former Charles Street | 15:53:45 |
| 21 Jail? | 15:53:48 |
| 22     A   Yes. | 15:53:48 |
| 23     Q   How much did that hotel cost per night? | 15:53:49 |
| 24     A   I have no idea. | 15:53:51 |

Case 1:11-cv-11217-DLC   Document 114-6   Filed 08/06/18   Page 6 of 6

Transcript of Melayna Lokosky
Conducted on April 5, 2018                                                              309

```
1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2         I, MICHELLE KEEGAN, Registered Merit
3    Reporter and Notary Public in and for the
4    Commonwealth of Massachusetts, the officer before
5    whom the foregoing deposition was taken, do hereby
6    certify that the foregoing transcript is a true
7    and correct record of the testimony given; that
8    said testimony was taken by me stenographically
9    and thereafter reduced to typewriting under my
10   direction; that reading and signing was requested;
11   and that I am neither counsel for, related to, nor
12   employed by any of the parties to this case and
13   have no interest, financial or otherwise, in its
14   outcome.
15        IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my notarial seal this 10th day of
17   April, 2018.
18   My commission expires May 16, 2019.
19
20
21
22   _____
23   NOTARY PUBLIC IN AND FOR
24   THE COMMONWEALTH OF MASSACHUSETTS
```